UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PATRICIA FLANAGAN,

    Plaintiff,

v.

**JUDGMENT**

No. 5:15-CV-448-FL

FAYETTEVILLE STATE UNIVERSITY,

    Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss and plaintiff's motion to amend the complaint.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 19, 2016, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted and plaintiff's motion to amend the complaint is denied. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on January 19, 2016, and Copies To:**

Kirk J. Angel (via CM/ECF Notice of Electronic Filing)
Stephanie Ann Brennan (via CM/ECF Notice of Electronic Filing)

January 19, 2016        JULIE RICHARDS JOHNSTON, CLERK
                            /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk